# EXHIBIT 1

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Walmart, Inc.; and DOES 1 to 50, Inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Armando Sanchez, Jr., an Individual,

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Merced Superior Court
3/18/2022 10:30 AM
Amanda Toste
Clerk of the Superior Court
By: Nengsy Moua, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (*www.sucorte.ca.gov*), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (*www.lawhelpcalifornia.org*), en el Centro de Ayuda de las Cortes de California, (*www.sucorte.ca.gov*) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):*

Superior Court of California, County of Merced
627 W. 21st Street, Merced, CA 95340 - Merced Superior Court

CASE NUMBER
*(Número del Caso):*
22CV-00825

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Yosi Yahoudai, Esq., SBN: 250679; 1880 Century Park East #717, Los Angeles, CA 90067; (310)407-0766.

DATE: 3/18/2022 10:30 AM    Amanda Toste Clerk, by _____, Deputy
*(Fecha)*                              *(Secretario)*              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

This e-copy is the official court record (GC68150)

6/9/2022

This e-copy is the official court record (GC68150)

ELECTRONICALLY FILED
Merced Superior Court
3/18/2022 10:30 AM
Amanda Toste
Clerk of the Superior Court
By: Nengsy Moua, Deputy

Jason B. Javaheri, Esq., SBN 256173
Yosi Yahoudai, Esq. SBN 250679
R. Bret Beattie, Esq., SBN 150068
Vartkes Artinian, Esq., SBN 304009
**JAVAHERI & YAHOUDAI**
A Professional Law Corporation
1880 Century Park East, Suite 717
Los Angeles, CA 90067
Telephone: (310) 407-0766
Facsimile: (310) 407-0767

Attorneys for Plaintiff, ARMANDO SANCHEZ, JR.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF MERCED – MERCED SUPERIOR COURT

| | |
|---|---|
| ARMANDO SANCHEZ, JR., an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC.; and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No.:   22CV-00825<br><br>**PLAINTIFF'S COMPLAINT FOR DAMAGES:**<br><br>1. **PREMISES LIABILITY**<br><br>2. **GENERAL NEGLIGENCE**<br><br>[DEMAND FOR JURY TRIAL] |

Plaintiff, ARMANDO SANCHEZ, JR., alleges and complains as follows:

### GENERAL ALLEGATIONS

### PARTIES

1.  ARMANDO SANCHEZ, JR., hereinafter "Plaintiff", an individual, is and/or was, at all times relevant herein, residing in Los Banos, CA 93635.

2.  Plaintiff is informed and believes, and upon such information and belief alleges that Defendant, WALMART, INC., hereinafter "WALMART" at all times relevant herein is an active *Delaware* foreign stock Corporation bearing entity number C1634374, qualified to do business and doing business in the County of Merced, State of California, located at 1575 W. Pacheco Blvd., Los Banos, CA 93635.

3. The true names or capacities, whether individual, corporate, associate or otherwise, of Defendants named herein as DOES 1 to 50, Inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will amend this Complaint to state the true names and capacities when the same have been ascertained.

4. Plaintiff is informed and believes, and upon such information and belief alleges that each of the Defendants designated herein as a DOE are legally responsible in some manner for the events and happenings referred to and legally caused injury and damages to Plaintiff as hereinafter set forth.

5. Plaintiff is informed and believes, and upon such information and belief alleges that at all times material hereto Defendants, and each of them, were the agents and/or employees of their Co-Defendants, and in doing the things herein mentioned were acting in the course and scope of their authority as such agents and/or employees, and with the permission and consent of their Co-Defendants, and each of them.

### FIRST CAUSE OF ACTION
### (For Premises Liability Against All Defendants)

6. Plaintiff re-alleges and incorporates by reference paragraphs previously alleged in this Complaint, as though fully set forth herein.

7. At all times material hereto, Defendants, and DOES 1 through 50, Inclusive, and each of them, owned, operated, controlled, supervised and maintained the premises at "WALMART", located at 1575 W. Pacheco Blvd., Los Banos, CA 93635, and the Defendants, and each of them, were owning, operating, controlling, supervising and maintaining said premises with the consent, permission and knowledge of each of the remaining Defendants, and each of them.

8. On April 14, 2020, Plaintiff was lawfully and legally upon said premises as an invited guest of Defendants and each of them, located at 1575 W. Pacheco Blvd., Los Banos, CA 93635. At the time of the subject accident, Plaintiff was walking through Defendants premises when he violently slipped and fell on clear coconut water that had collected on Defendants floor creating a dangerous and slippery condition resulting in Plaintiff's injuries and related damages.

///

This e-copy is the official court record (GC68150)

6/9/2022

9. At said premises, Defendants, and each of them, and DOES 1 through 50, inclusive, so negligently, willfully, carelessly, recklessly, and unlawfully, owned, possessed, maintained, operated, supervised, managed, controlled, designated, constructed, assembled, installed, inspected and serviced said premises so as to proximately cause, permit and allow the same to be in a dangerous, and unsafe condition.

10. Said condition existed prior to and at the time of Plaintiff's accident herein. Based on information and belief, Defendants knew or should have known that the dangerous condition existed and failed to notify Plaintiff and other invited guests of the dangerous condition or in the alternative, guard against said dangerous condition.

11. As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff was injured in his health, and activity, sustaining bodily injury, which has caused, and will cause, great mental and physical pain and suffering, all to Plaintiff's general damages in an amount not yet ascertained or in a sum according to proof at the time of trial, but in excess of the minimal jurisdictional limits of this Court.

12. As a further direct and proximate result of the negligence of Defendants, and each of them, Plaintiff has incurred, and will incur, medical and related expenses in an amount not yet ascertained or in a sum according to proof at the time of trial, but in excess of the minimal jurisdictional limits of this Court.

13. At the time of said accident/injury Plaintiff was employed or employable, and as a direct and proximate result of the negligence of Defendants, and each of them, and by reason of the injuries suffered by Plaintiff, Plaintiff sustained loss of earnings and diminished future earning capacity in an amount not yet ascertained or in a sum according to proof at the time of trial, but in excess of the minimal jurisdictional limits of this Court.

## SECOND CAUSE OF ACTION
### (For Negligence Against All Defendants)

14. Plaintiff re-alleges and incorporates by reference paragraphs previously alleged in this Complaint, as though fully set forth herein.

15. At all times material hereto, Defendants, and DOES 1 to 50, Inclusive, and each of them,

owned, operated, controlled, supervised and maintained "WALMART" located at 1575 W. Pacheco Blvd., Los Banos, CA 93635, and the Defendants, and each of them, were owning, operating, controlling, supervising and maintaining said premises with the consent, permission and knowledge of each of the remaining Defendants, and each of them.

16. Plaintiff is informed and believes, and hereon alleges, that he was further injured due to the negligent acts or omissions by the agents, representatives or employees of Defendants, and each of them.

17. Plaintiff is informed and believes, and hereon alleges, that at all relevant times Defendants, and each of them, owed Plaintiff and other invited guests a legal duty and/or duties. Plaintiff is further informed and believes that Defendants, and each of them, breached said duty and/or duties.

18. On April 14, 2020, Plaintiff was lawfully and legally upon said premises as an invited guest of Defendants and each of them, located at 1575 W. Pacheco Blvd., Los Banos, CA 93635. At the time of the subject accident, Plaintiff was walking through Defendants premises when he violently slipped and fell on clear coconut water that had collected on Defendants floor creating a dangerous and slippery condition resulting in Plaintiff's injuries and related damages.

19. Defendants and each of them breached their duty of care to Plaintiff to maintain their premises free of any hazardous and dangerous conditions that exposed Plaintiff and other invited guests to injury. Defendants knew or should have known that allowing coconut water to remain on their floors in an area of high pedestrian traffic, created a dangerous and slippery condition which exposed Plaintiff and other invited guests to serious injury and related damages.

20. As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff was injured in his health, and activity, sustaining bodily injury, which has caused, and will cause, great mental and physical pain and suffering, all to Plaintiff's general damages in an amount not yet ascertained or in a sum according to proof at the time of trial, but in excess of the minimal jurisdictional limits of this Court.

///

21. As a further direct and proximate result of the negligence of Defendants, and each of them, Plaintiff has incurred, and will incur, medical and related expenses in an amount not yet ascertained or in a sum according to proof at the time of trial, but in excess of the minimal jurisdictional limits of this Court.

22. At the time of said injury Plaintiff was employed or employable, and as a direct and proximate result of the negligence of Defendants, and each of them, and by reason of the injuries suffered by Plaintiff, Plaintiff sustained loss of earnings and diminished future earning capacity in an amount not yet ascertained or in a sum according to proof at the time of trial, but in excess of the minimal jurisdictional limits of this Court.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, ARMANDO SANCHEZ, JR., demands a jury trial and prays for a judgment against all named Defendants and DOES 1 to 50, Inclusive, as follows:

1. For general damages according to proof;
2. For special damages according to proof;
3. For personal property damages according to proof;
4. For pre-judgment and post-judgment interest as allowed by law;
5. For costs of suit incurred herein; and
6. For such other and further relief as this Court may deem just and proper.

Dated: March 1, 2022

JAVAHERI & YAHOUDAI

By: _____
YOSI YAHOUDAI, ESQ.
Attorneys for Plaintiff
ARMANDO SANCHEZ, JR.

5
**PLAINTIFF'S COMPLAINT FOR DAMAGES**

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

Dated: March 1, 2022

JAVAHERI & YAHOUDAI

By: _____
YOSI YAHOUDAI, ESQ.
Attorneys for Plaintiff,
ARMANDO SANCHEZ, JR.

6
**PLAINTIFF'S COMPLAINT FOR DAMAGES**

This e-copy is the official court record (GC68150)

6/9/2022