UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO SANCHEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC., <br><br> Defendant. | Case No. 1:22-cv-00835-ADA-EPG <br><br> ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL DIRECTING PLAINTIFF TO FILE APPROPRIATE DISPOSITIONAL DOCUMENT <br><br> (ECF No. 18). |

On September 7, 2023, Plaintiff filed a notice of voluntary dismissal dismissing this action with prejudice. (ECF No. 18).

Federal Rule of Civil Procedure 41(a)(1)(A)(i)-(ii) provides that a plaintiff "may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or a stipulation of dismissal signed by all parties who have appeared."

On July 14, 2023, Defendant Walmart, Inc. filed an answer. (ECF No. 8). Because Defendant has filed an answer, a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) is insufficient to dismiss this action.

\\\

\\\

\\\

1

Accordingly, IT IS ORDERED as followed:

1. The Court will take no further action regarding Plaintiff's notice of voluntary dismissal. (ECF No. 18).

2. Plaintiff shall file an appropriate dispositional document if Plaintiff wishes to dismiss this action. *See, e.g.*, Rule 41(a)(1)(A)(ii) (requiring "a stipulation of dismissal signed by all parties who have appeared").

IT IS SO ORDERED.

Dated:   **September 8, 2023**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE