UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARMANDO SANCHEZ, JR., | Case No. 1:22-cv-00835-ADA-EPG |
|---|---|
| Plaintiff, | ORDER DIRECTING CLERK TO CLOSE THIS CASE |
| v. | |
| WALMART, INC., | (ECF Nos. 18, 20). |
| Defendant. | |

On September 7, 2023, Plaintiff filed a notice of voluntary dismissal dismissing this action with prejudice. (ECF No. 18). Because Defendant Walmart, Inc. had filed an answer, this Court issued an order noting that a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) was insufficient to dismiss this action. (ECF No. 21). The same day, Defendant Walmart, Inc., filed a signed document stipulating to the dismissal of this action. (ECF No. 20).

Given that both parties have submitted signed filings agreeing to the dismissal of this action, the Court concludes that the parties have properly stipulated to the dismissal of this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 11, 2023**            /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

1